'08 CV 3921

126-07/PJG/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARINIC SHIPPING COMPANY,

                              Plaintiff,

    - against –

FIESTA INVESTMENTS LTD.

                             Defendant.
------------------------------------------------------------------x



08 CV  (  )

**RULE 7.1 STATEMENT**

      The Plaintiff, Marinic Shipping Company, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: April 25, 2008
      New York, New York

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff
                      By:  _____
                              Peter J. Gutowski (PG 2200)
                              Gina M. Venezia (GV 1551)
                              Pamela L. Schultz (PS 8675)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900
                              (212) 425-1901 fax

NYDOCS1/303555.1