# UNITED STATES DISTRICT COURT

____SOUTHERN____ DISTRICT OF ____NEW YORK____

## SUMMONS IN A CIVIL ACTION

MARINIC SHIPPING COMPANY,

                      Plaintiff,

-against-

FIESTA INVESTMENTS LTD.,

                      Defendants.

08 CV

**08 CIV 3921**

TO: (NAME AND ADDRESS OF DEFENDANT)

Fiesta Investments Ltd.
3500 S. Dupont Highway
Dover, Delaware

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)

FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: Peter J. Gutowski/Gina M. Venezia/Pamela L. Schultz

an answer to the verified complaint which is hereby served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the verified complaint.

J. MICHAEL McMAHON
CLERK _[signature]_

BY DEPUTY CLERK

APR 2 5 2008

DATE

NYDOCS1/303532.1

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me*   Date April 29th 2008

**Bryan Steilkie**

NAME OF SERVER (PLEASE PRINT)            TITLE Process Server

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐ SERVED PERSONALLY UPON THE DEFENDANT. PLACE WHERE SERVED:

☐ LEFT COPIES THEREOF AT THE DEFENDANT'S DWELLING, HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING THEREIN. NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT WITH:

☐ RETURNED UNEXECUTED:

☑ OTHER (specify): Served upon Fiesta Investments LTD by serving the registered agent know as Incorporating Services located at 3500 S. Dupont Highway Dover DE 19901. Service accepted by Salli Fulkerson at 11:38 A.m.

### STATEMENT OF SERVICE FEES

TRAVEL             SERVICES             TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/29/08
(date)           (Signature of Server)

15 East North Street
(Address of Server) Dover DE 19901